12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 26 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BENJAMIN RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-98-005 |
| | § | |
| JO ANNE B. BARNHART, | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| | § | |
| Defendant. | § | |

### DEFENDANT'S NOTICE OF SUBSTITUTION OF COUNSEL

Comes Now, the Defendant, Jo Anne B. Barnhart, the Commissioner of the Social Security Administration, and requests that the Court substitute Tasha W. Stevenson, Special Assistant United States Attorney and Daniel David Hu, Assistant United States Attorney, as counsel of record for the defendant in this cause.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: _____
DANIEL DAVID HU
Assistant United States Attorney
Federal Bar No. 7959
910 Travis, Suite 1500
P. O. Box 61129
Houston, Texas 77208
Telephone: (713) 567-9518
Fax: (713) 718-3303

Fed. J.D. 1013/415

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Defendant's Notice of Substution of Counsel was mailed on this 26th day of September, 2002, to:

Benjamin Rodriquez
65 San Martin Drive
Brownsville, Texas 78520

_____
DANIEL DAVID HU
Assistant United States Attorney